IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SYMBOLOGY INNOVATIONS, LLC, | ) |
| Plaintiff, | ) Hon. Judge Matthew F. Kennelly |
| v. | ) No. 16-cv-10751 |
| TWENTIETH CENTURY FOX HOME ENTERTAINMENT LLC d/b/a FOXCONNECT.COM | ) |
| Defendant. | ) |

**NOTICE OF AGREED MOTION**

To: All Counsel of Record (by CM/ECF)

**PLEASE TAKE NOTICE** that on Wednesday, January 18, 2017, at 9:30 a.m., we will appear before the Honorable Mathew F. Kennelly or any judge sitting in his stead Courtroom 2103 of the Dirksen Federal Building, 219 S. Dearborn, Chicago, Illinois and there and then present Defendant's **AGREED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD AND TO EXTEND INITIAL STATUS CONFERENCE DATE**, a copy of which was served on you through the Court's CM/ECF system.

Date: January 13, 2017                                     Respectfully submitted,


/s/ Todd H. Flaming
*Counsel for Defendant*

Todd H. Flaming
 Todd@KrausFlaming.com
**KrausFlaming LLC**
20 South Clark Street, Suite 2620
Chicago, Illinois 60603
(312) 447-7217

1