IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SYMBOLOGY INNOVATIONS LLC<br><br>    Plaintiff,<br>v.<br><br>TWENTIETH CENTURY FOX<br>HOME ENTERTAINMENT LLC<br><br>    Defendant. | Civil Action No. 1:16-cv-10751<br><br>TRIAL BY JURY DEMANDED |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Symbology Innovations LLC, pursuant to Fed. R. Civ. P. 41 (a), hereby provides notice that it dismisses all of its claims in this action WITHOUT PREJUDICE. Each party shall bear its own costs, expenses, and attorneys' fees.

Dated: February 1, 2017

By: **/s/ Frank Andreou**
Frank Andreou (6228760)
Andreou & Casson, Ltd.
661 West Lake Street
Suite 2 North
Chicago, Illinois 60661-1034
Tel (312) 935-2000
Fax (312) 935-2001

/s/ Eugenio J. Torres-Oyola
Eugenio J. Torres-Oyola
Ferraiuoli LLC
221 Plaza, 5th Floor
221 Ponce de León Avenue
San Juan, PR 00917
Telephone: (787) 766-7000
Facsimile: (787) 766-7001
Email: etorres@ferraiuoli.com

Jean G. Vidal Font
USDC No. 227811
Ferraiuoli LLC
Email: jvidal@ferraiuoli.com

**ATTORNEYS FOR PLAINTIFF**
*Symbology Innovations LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 1st, 2017, I electrically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record.

/s/ Frank Andreou
Frank Andreou